**CHARTER OAK FIRE INSURANCE COMPANY a/s/o Milton Fabrics, Inc. and Lanca Enterprises, Inc., the Travelers Indemnity Company of Illinois a/s/o A.B. Shoe, The Travelers Indemnity Company of Connecticut a/s/o Produce Connection Ltd., and Farmington Casualty Company a/k/a A&R Hot Dog, Plaintiffs–Appellants,**

v.

**NATIONAL WHOLESALE LIQUIDATORS OF LODI, INC., Defendant–Appellee,**

Vornado Realty Trust, Defe ndant-
Cross-Defendant-Cross-
Claimant-Appellee,

Lodi Industries, LLC and Lodi
Industries Corp., Defendants–
Cross–Claimants–Appellees.

No. 03–9256.

United States Court of Appeals,
Second Circuit.

June 29, 2004.

Michael B. Golden (Melissa F. Savage), Robinson & Cole LLP, New York, NY, for Appellants, of counsel.

Brendan T. Fitzpatrick (Christopher Kendric), Ahmuty, Demers & McManus, Albertson, NY, for National Wholesale Liquidators of Lodi, Inc., for Appellees, of counsel.

Christopher H. Westrick, Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C., Bridgewater, NJ, for Vornado Realty Trust, Lodi Industries, LLC, and Lodi Industries Corp., for Appellees.

Present: CABRANES, WESLEY and WALLACE,* Circuit Judges.

## SUMMARY ORDER

UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is **AFFIRMED.**

In this subrogation action, plaintiffs sought recovery from defendants for the amounts plaintiffs paid to their insureds for damage caused by an April 17, 1997 arson fire in a building owned and occupied by defendants. The jury returned a verdict in favor of plaintiffs, but by orders dated August 29 and October 28, 2003, the District Court granted judgment as a matter of law to defendants.

On appeal, plaintiffs challenge the judgment of the District Court, contending that the jury was presented with sufficient evidence to render a verdict in plaintiffs' favor. Plaintiffs secondarily contend that, even if judgment on the verdict is not entered, erroneous evidentiary rulings were made by the District Court that entitle plaintiffs to a new trial.

Having reviewed the record and considered the arguments of the parties, we conclude, for substantially the reasons stated in the opinions of the District Court, that judgment as a matter of law in defendants' favor was proper. We also conclude that none of the District Court's evidentiary rulings entitle plaintiffs to a new trial. Accordingly, the judgment of the District Court is hereby **AFFIRMED.**

---

* The Honorable J. Clifford Wallace, of the United States Court of Appeals for the Ninth Circuit, sitting by designation.